IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON TODD,

    Plaintiff,                    No. CIV S-05-0755 DFL DAD PS

    vs.

CAPTAIN CHRIS DAY, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 21, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2005, are adopted in full;

2. Plaintiff's amended complaint is dismissed without further leave to amend; and

3. The Clerk is directed to close this case.

DATED: 3/7/2006

                                                    DAVID F. LEVI
                                                    United States District Judge